# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IRON WORKERS LOCAL 597 PENSION
FUND , CLARENCE T. TYLER, BILL
BRADLEY, NEAL BULLARD, MARK S.
WOOD, HENRY BECKWITH, BENNY
CLEGHORN, *as Trustees of Iron Workers
Local 597 Pension Fund and as Trustee of
Ironworkers Local 597 Joint Apprenticeship
and Training Fund,*

SOUTHEASTERN IRON WORKERS
HEALTH CARE PLAN, TRUSTEES OF
SOUTHEASTERN IRON WORKERS
HEALTH CARE PLAN,

INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL
AND REINFORCING IRON WORKERS
LOCAL #597,

          **Plaintiffs,**

-vs-                          **Case No. 6:08-cv-905-Orl-31KRS**

CHAMPION STEEL OF CENTRAL
FLORIDA CORPORATION,

          **Defendant.**

_____

# ORDER

       This cause comes before the Court on Plaintiffs' Second Amended Motion for Entry of

Final Judgment (Doc. No. 17) filed January 9, 2009.

       On April 10, 2009, the United States Magistrate Judge issued a report (Doc. No. 19)

recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiffs' Second Amended Motion for Entry of Final Judgment is GRANTED in part.

3. By May 26, 2009, the Plaintiffs shall file with the Court their prejudgment interest calculations as to the delinquent contributions to the Apprenticeship Fund and Health Care Fund.

4. The Plaintiffs are entitled to $3800.00 is attorney's fees and $370.00 in costs.

5. Following submission of the prejudgment interest calculation the Court will enter a subsequent order directing the Clerk to enter judgment in favor of the Plaintiffs against the Defendant Champion Steel of Central Florida Corporation in the total amount of prejudgment interest, statutory penalties, attorney's fees and costs and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 28th day of April, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE